
FILED
IN CLERK'S OFFICE
U.S. D[ISTRICT COUR]T E.D.N.Y.
★ MAY 16 2006 ★

TIME A.M. _P.M._

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MICHAEL IKELIONWU,

                Petitioner,                      05 CV 2228 (SJ)
                                                            90 CR 397 (SJ)

      -against-                                **ORDER**

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------X

A P P E A R A N C E S:

MICHAEL IKELIONWU
36252-053
FCI Allenwood
P.O. Box 2000, Unit 3A
Allenwood, PA 17887
Petitioner, *Pro Se*

ROSLYNN R. MAUSKOPF, ESQ.
United States Attorney
Eastern District of New York
One Pierrepont Plaza
Brooklyn, NY 11201
By:    Miriam Best, Esq.
       Robert Biddle, Esq.
Attorneys for Respondent


JOHNSON, Senior District Judge:

      Based on the Court's Order, dated July 20, 2005, see Docket No. 05 CV 2228,

Entry 3, denying Petitioner's Motion to Vacate and Reenter the Sentence under Rule

60(b) of the Federal Rules of Civil Procedure, the Clerk of Court is hereby directed to

close civil case number 05 CV 2228.

SO ORDERED.

Dated: May 5, 2006
      Brooklyn, New York

                                            s/SJ
                                        Senior U.S.D.J.